

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-11-00333-CV

Style:      Andrew Whallon, Dahlia Garcia, and Richard Grayshaw

**v** City of Houston

Date motion filed[*]:      January 9, 2014

Type of motion:      Second motion to extend time to file appellee's brief

Party filing motion:      Appellee

Document to be filed:      Appellee's brief

Is appeal accelerated?      No

If motion to extend time:

    Original due date:      December 2, 2013

    Number of prior extensions:    1      Current Due date:  January 2, 2014

    Date Requested:      February 3, 2014

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  February 3, 2014

        ☑    The Court will not grant additional motions to extend time absent extraordinary circumstances

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature:/s/ Sherry Radack
            Acting individually

Panel consists of      _____

Date:  January 23, 2014

November 7, 2008 Revision